**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL McDADE,<br><br>                    Petitioner,<br><br>          v.<br><br>M. LEA, Chief Deputy Admin.,<br><br>                    Respondent. | NO. CV 10-08889 JVS (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation ("R&R").  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    The Court notes that the R&R relies on a date to determine when Petitioner's conviction became final (R&R at 8) that is earlier than the date referenced in the December 3, 2010 Order To Show Cause (OSC at 3) for the same purpose.  As explained in the R&R, Petitioner erroneously

indicated in the Petition that the California Supreme Court denied his petition for review on April 30, 2003, when in fact his petition for review was denied on October 10, 2001. (<u>See</u> R&R at 3 & n.4). Regardless, this discrepancy in dates did not impair Petitioner's ability to contest the dismissal of the Petition because his response to the Order To Show Cause did not rely on any specific date calculations and instead focused on equitable tolling. (<u>See</u> Answer To Order To Show Cause at 3-7). Moreover, the Petition is untimely by several years under either date calculation.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 24, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3