**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARL McDADE, | ) | NO. CV 10-08889 JVS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M. LEA, Chief Deputy Admin., | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 24, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE